| | |
|---|---|
| 1 | MARA W. ELLIOTT, City Attorney |
|   | GEORGE F. SCHAEFER, Assistant City Attorney |
| 2 | KATHY J. STEINMAN, Deputy City Attorney |
|   | California State Bar No. 221344 |
| 3 |     Office of the City Attorney |
|   |     1200 Third Avenue, Suite 1100 |
| 4 |     San Diego, California 92101-4100 |
|   |     Telephone: (619) 533-5800 |
| 5 |     Facsimile: (619) 533-5856 |
| 6 | Attorneys for Defendant |
|   | CITY OF SAN DIEGO |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOOM, STEPHEN CHATZKY, TONY DIAZ, VALERIE GRISCHY, PENNY HELMS, BENJAMIN HERNANDEZ, DOUG HIGGINS, SUZONNE KEITH, DAVID WILSON, individually and on behalf of themselves and all others similarly situation,<br><br>        Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO, MAYOR KEVIN FAULCONER, CITY COUNCIL MEMBERS DAVID ALVAREZ, BARBARA BRY, CHRIS CATE, MYRTLE COLE, GEORGETTE GOMEZ, MARK KERSEY, SCOTT SHERMAN, CHRIS WARD & LORI ZAPF; SAN DIEGO POLICE DEPARTMENT; POLICE CHIEF SHELLEY ZIMMERMAN, in their official capacities only,<br><br>        Defendants. | Case No. 17CV2324 AJB NLS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Judge: Hon. Anthony J. Battaglia<br><br>Hearing Date: May 3, 2018<br>Time: 2:00 p.m.<br>Courtroom: 4A |

**TO PLAINTIFFS AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT ON May 3, 2018, at 2:00 p.m., or as soon thereafter as the motion may be heard, in Courtroom 4A (5th Floor – Schwartz building), of the above-captioned Court, located at 221 West Broadway, San Diego, California 92101, before the Honorable Anthony J. Battaglia, Defendant City of

San Diego by and through undersigned counsel, will and hereby do move this Court to dismiss the eighth and ninth causes of action of the First Amended Complaint pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for failure to state a claim, on the grounds that Plaintiffs' Complaint fails to state a claim upon which relief can be granted.

The Motion is based upon this Notice of Motion and Motion, the Memorandum of Points and Authorities in support of the Motion, Plaintiffs' First Amended Complaint, any matters to which the Court may take judicial notice, the orders, pleadings, and papers filed herein and such arguments and evidence as may be presented to the Court at the time of the hearing and/or any oral argument made on the Motion.

Dated:  February 28, 2018   MARA W. ELLIOTT, City Attorney

By  */s/ Kathy J. Steinman*
     Kathy J. Steinman
     Deputy City Attorney

Attorneys for Defendant
CITY OF SAN DIEGO