1  Geoff D. Biegler, SB #290040
   Biegler@fr.com
2  Robert M. Yeh, SB #286018
   RYeh@fr.com
3  Nancy L. Ly, SB #284991
   Ly@fr.com
4  Ryan L. Frei, SB #310722
   RFrei@fr.com
5  FISH & RICHARDSON P.C.
   12390 El Camino Real
6  San Diego, CA 92130
   Telephone: (858) 678-5070
7  Fax:  (858) 678-5099

8  *[Additional counsel listed on following page]*

9  Attorneys for Plaintiffs

10

11              **UNITED STATES DISTRICT COURT**

12              **SOUTHERN DISTRICT OF CALIFORNIA**

13  MICHAEL BLOOM, STEPHEN            )   Case No.: 3:17-CV-02324-AJB-NLS
    CHATZKY, TONY DIAZ, VALERIE       )
14  GRISCHY, PENNY HELMS,             )   **PLAINTIFFS' NOTICE OF MOTION**
    BENJAMIN HERNANDEZ, DOUG          )   **AND MOTION FOR PRELIMINARY**
15  HIGGINS, SUZONNE KEITH,           )   **INJUNCTION**
    GERALD STARK, ANNA STARK, and     )
16  DAVID WILSON, individually and on )
    behalf of themselves and all others )
17  similarly situated,               )
                                      )   Date:    July 26, 2018
18              Plaintiffs            )   Time:    2:00 p.m.
                                      )   Judge:   Hon. Anthony J. Battaglia
19          vs.                       )   Courtroom 4A
                                      )
20  CITY OF SAN DIEGO,                )
                                      )
21              Defendant.            )
                                      )   **DEMAND FOR JURY TRIAL**
22                                    )
                                      )
23                                    )

24

25

26

27

28

                                              Case No. 3:17-CV-02324-AJB-NLS

| | |
|---|---|
| 1 | Maria Foscarinis, DC SB # 397792 (Admitted *Pro Hac Vice*) |
| 2 | mfoscarinis@nlchp.org<br>NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY |
| 3 | 2000 M Street, NW, Suite 210<br>Washington, DC 20036 |
| 4 | Telephone: (202) 638-2835 x. 102<br>Fax: (202) 628-2737 |
| 5 | |
| 6 | Ann E. Menasche, SB # 74774<br>Ann.menasche@disabilityrightsca.org |
| 7 | Anthony Christian Abasto, SB # 190603<br>Christian.abasto@disabilityrightsca.org |
| 8 | DISABILITY RIGHTS CALIFORNIA<br>1111 Sixth Avenue, Suite 200 |
| 9 | San Diego, CA 92101<br>Telephone: (619) 239-7861 |
| 10 | Fax: (619) 239-7906 |
| 11 | |
| 12 | Stuart Seaborn, SB# 198590<br>sseaborn@dralegal.org |
| 13 | DISABILITY RIGHTS ADVOCATES<br>2001 Center Street, 4th Floor |
| 14 | Berkeley, CA 94704<br>Telephone: (510) 665-8644 |
| 15 | Fax: (510) 655-8511 |
| 16 | Robert Scott Dreher, SB #120527 |
| 17 | scott@dreherlawfirm.com<br>DREHER LAW FIRM |
| 18 | 350 Ash Street, Ste. 101<br>San Diego, CA 92101 |
| 19 | Telephone: (619) 230-8828<br>Fax: (619) 687-0142 |
| 20 | Manfred P. Muecke, SB # 222893 |
| 21 | mmuecke@bffb.com<br>Patricia Syverson, SB # 203111 |
| 22 | psyverson@bffb.com<br>BONNETT FAIRBOURN FRIEDMAN & BALINT PC |
| 23 | 600 West Broadway, #900<br>San Diego, CA 92101 |
| 24 | Telephone: (619) 798-4292<br>Fax: (602) 274-1199 |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

Case No. 3:17-CV-02324-AJB-NLS

**TO DEFENDANT AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on July 26, 2018 at 2:00 p.m., or as soon thereafter as may be heard, in Courtroom 4A of the above-captioned Court located at 221 West Broadway, San Diego, California 92101, Plaintiffs Michael Bloom, Stephen Chatzky, Tony Diaz, Valerie Grischy, Penny Helms, Benjamin Hernandez, Doug Higgins, Suzonne Keith, Gerald Stark, Anna Stark, and David Wilson and class members (collectively, "Plaintiffs") will and hereby respectfully move the Court for a preliminary injunction to enjoin Defendant City of San Diego, during the pendency of this lawsuit, from:

(1) ticketing Plaintiffs under San Diego Municipal Code §§ 86.0137(f) and 86.0139(a) ("Ordinances"), including for "violation of signs" related to these Ordinances;

(2) prosecuting Plaintiffs or collecting fines for tickets previously issued under the Ordinances; and

(3) impounding Plaintiffs' vehicles as a result of one or more tickets under the Ordinances.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities; the accompanying Declarations of Geoff Biegler, Michael McConnell, Dr. Glenn Lipson, Dr. Ellen Beck, Doug Higgins, Tony Diaz, Gerald Stark, Benjamin Hernandez, Suzonne Keith, Stephen Chatzky, Keith Phillips, David Wilson, Robin Cathey, and Sam Greene; the Notice of Lodgment of Non-Electronic Exhibit; the pleadings and papers on file; any subsequent briefing; and any evidence and argument as may be requested or permitted by the Court.

| | |
|---|---|
| Dated:  April 30, 2018 | Respectfully submitted,<br><br>FISH & RICHARDSON P.C.<br><br>By: */s/ Geoff D. Biegler*<br>    Geoff D. Biegler, SB #290040<br>    Biegler@fr.com<br>    Robert M. Yeh, SB #286018<br>    RYeh@fr.com<br>    Nancy L. Ly, SB #284991<br>    Ly@fr.com<br>    Ryan L. Frei, SB #310722<br>    RFrei@fr.com<br>    FISH & RICHARDSON P.C.<br>    12390 El Camino Real<br>    San Diego, CA 92130<br>    Telephone: (858) 678-5070<br>    Fax: (858) 678-5099<br><br>Maria Foscarinis, DC SB # 397792<br>(Admitted *Pro Hac Vice*)<br>mfoscarinis@nlchp.org<br>NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY<br>2000 M Street, NW, Suite 210<br>Washington, DC 20036<br>Telephone: (202) 638-2835 x. 102<br>Fax: (202) 628-2737<br><br>Ann E. Menasche, SB # 74774<br>Ann.menasche@disabilityrightsca.org<br>Anthony Christian Abasto, SB # 190603<br>Christian.abasto@disabilityrightsca.org<br>DISABILITY RIGHTS CALIFORNIA<br>1111 Sixth Avenue, Suite 200<br>San Diego, CA  92101<br>Telephone:  (619) 239-7861<br>Fax: (619) 239-7906<br><br>Stuart Seaborn, SB# 198590<br>sseaborn@dralegal.org<br>DISABILITY RIGHTS ADVOCATES<br>2001 Center Street, 4th Floor<br>Berkeley, CA 94704<br>Telephone: (510) 665-8644<br>Fax: (510) 655-8511 |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert Scott Dreher, SB #120527
scott@dreherlawfirm.com
DREHER LAW FIRM
350 Ash Street, Ste. 101
San Diego, CA 92101
Telephone: (619) 230-8828
Fax: (619) 687-0142

Manfred P. Muecke, SB # 222893
mmuecke@bffb.com
Patricia Syverson, SB # 203111
psyverson@bffb.com
BONNETT FAIRBOURN FRIEDMAN & BALINT PC
600 West Broadway, #900
San Diego, CA 92101
Telephone: (619) 798-4292
Fax:  (602) 274-1199

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 30, 2018 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d).  Any other counsel of record will be served by U.S. mail or hand delivery.

By: */s/ Geoff D. Biegler*
Geoff D. Biegler