UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| Michael Bloom, et al., | Case No.: 17-cv-2324-AJB-NLS |
|---|---|
| Plaintiffs, | **ORDER GRANTING COUNSEL'S MOTION TO WITHDRAW AS ATTORNEY OF RECORD** |
| v. | **(Doc. No. 67)** |
| City of San Diego, et al., | |
| Defendants. | |

Plaintiffs' counsel, Robert M. Yeh, of Fish & Richardson P.C. moves to withdraw as counsel of record. (Doc. No. 67.) Yeh's motion states Plaintiff will still be represented by Fish & Richardson P.C. attorneys and asserts no prejudice or delay will result from his removal as counsel. (*Id.* at 4.) No objections were noted by opposing counsel, other plaintiffs' attorneys, or plaintiffs themselves.

An attorney may not withdraw as counsel except by leave of court. *Darby v. City of Torrance*, 810 F. Supp. 275, 276 (C.D.Cal.1992). "The decision to grant or deny counsel's motion to withdraw is committed to the discretion of the trial court." *Irwin v. Mascott*, 2004 U.S. Dist. LEXIS 28264 (N. D. Cal. Dec. 1, 2004), citing *Washington v. Sherwin Real Estate, Inc.*, 694 F.2d 1081, 1087 (7th Cir. 1982). Among other things, courts ruling upon motions to withdraw as counsel have considered,

(1) the reasons why withdrawal is sought; (2) the prejudice withdrawal may

cause to other litigants; (3) the harm withdrawal might cause to the administration of justice; and (4) the degree to which withdrawal will delay the resolution of the case.

*Irwin*, 2004 U.S. Dist. LEXIS 28264 at 4.

Here, while Mr. Yeh gave the Court no reason for his request, the Court finds there is no prejudice or harm to Plaintiffs as they continue to be represented by multiple attorneys within the same firm. The Court finds, for the same reason, there will no delay in resolving the case. Thus, the Court **GRANTS** counsel's motion. (Doc. No. 67.) The Court **ORDERS** the Court Clerk to remove Mr. Yeh's name from the case docket, terminate all delivery of Electronic Filing Notices to his email at ryeh@fr.com, and have his name removed from any applicable service lists.

**IT IS SO ORDERED.**

Dated: June 24, 2019

Hon. Anthony J. Battaglia
United States District Judge