MARA W. ELLIOTT, City Attorney
GEORGE F. SCHAEFER, Assistant City Attorney
MARNI VON WILPERT, Deputy City Attorney
California State Bar No. 321447
MVonWilpert@sandiego.gov
    Office of the City Attorney
    1200 Third Avenue, Suite 1100
    San Diego, California 92101-4100
    Telephone: (619) 533-5800
    Facsimile: (619) 533-5856

Attorneys for Defendant CITY OF SAN DIEGO

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOOM, et al., individually and on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>    Defendant. | Case No. 17cv2324 AJB NLS<br><br>**JOINT MOTION TO ADJUST CLASS CERTIFICATION MOTION FILING DATE**<br><br>Judge: Hon. Anthony J. Battaglia<br>Courtroom: 4A, 4th Floor Schwartz |

    Through this motion Defendant City of San Diego respectfully moves this Court for a 30-day extension on the Class Discovery Cut-Off Date and Class Certification motion filing deadline in this matter. Plaintiffs, Michael Bloom, et al., by and through their counsel of record, have informed Defendant that they do not oppose this request.

    Counsel for Defendant is also counsel for the City of San Diego in the multi-district opioid litigation *In Re: National Prescription Opiate Litigation*, 1:17-md-02804-DAP, and is counsel on the City of San Diego's recently-filed lawsuit, *The People of the State of California v. Maplebear Inc., dba Instacart*, Case No. 37-2019-00048731-CU-MC-CTL, filed on September 13, 2019, and has had to dedicate substantial time to those matters, and respectfully seeks an additional 30

1

days for Class Discovery Cut-Off Date and Class Certification motion filing deadline in the instant case.

**ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED** by the Parties that the new Class Discovery Cut-Off Date should be December 22, 2019, and the Class Certification motion filing deadline in this matter should be January 20, 2020.

Dated: October 22, 2019    MARA W. ELLIOTT, City Attorney

By  */s/Marni von Wilpert*
    Marni von Wilpert
    Deputy City Attorney

Attorneys for Defendant

Dated: October 22, 2019    Ann E. Menasche,
Disability Rights California

By  */s/Ann E. Menasche*
    Ann E. Menasche

Attorneys for Plaintiffs

## **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ann E. Menasche, counsel for Plaintiffs, and that I have obtained Counsel's authorization to affix their electronic signature to this document.

Dated: October 22, 2019                MARA W. ELLIOTT, City Attorney

By  */s/ Marni von Wilpert*
    Marni von Wilpert
    Deputy City Attorney

Attorneys for Defendant