1 | Michael A. Amon, SB # 226221
2 | Amon@fr.com
  | Madelyn S. McCormick, SB # 320063
3 | MMcCormick@fr.com
4 | FISH & RICHARDSON P.C.
  | 12860 El Camino Real, Suite 400
5 | San Diego, CA 92130
  | Telephone: (858) 678-5070
6 | Fax: (858) 678-5099
7 |
  | *[Additional counsel listed on following page]*
8 |
  | Attorneys for Plaintiffs
9 |

10 | **UNITED STATES DISTRICT COURT**

11 | **SOUTHERN DISTRICT OF CALIFORNIA**

12 | MICHAEL BLOOM, STEPHEN ) Case No.: 3:17-cv-02324-AJB-DEB
   | CHATZKY, TONY DIAZ, VALERIE )
13 | GRISCHY, PENNY HELMS, ) **JOINT CASE MANAGEMENT**
14 | BENJAMIN HERNANDEZ, DOUG ) **CONFERENCE STATEMENT**
   | HIGGINS, SUZONNE KEITH, )
15 | GERALD STARK, ANNA STARK, and )
16 | DAVID WILSON, individually and on ) Hearing Date:  July 16, 2021
17 | behalf of themselves and all others ) Time:          1:30 pm
   | similarly situated, ) Place:         Telephonically
18 |  ) Before:        Mag. Judge Butcher
19 |          Plaintiffs, )
20 |      vs. )
21 |  )
   | CITY OF SAN DIEGO, )
22 |  )
23 |          Defendant. )
   |  )
24 |

25 |
26 |
27 |
28 |

Case No. 3:17-CV-02324-AJB-DEB

Maria Foscarinis, DC SB # 397792 (Admitted *Pro Hac Vice*)
mfoscarinis@nlchp.org
NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY
2000 M Street, NW, Suite 210
Washington, DC 20036
Telephone: (202) 638-2835 x 102/Fax: (202) 628-2737

Ann E. Menasche, SB # 74774
Ann.Menasche@disabilityrightsca.org
Lili Graham, SB # 284264
Lili.Graham@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
530 B Street, Suite 400
San Diego, CA  92101
Telephone:  (619) 814-8524/Fax: (619) 239-7906

Benjamin Conway, SB # 246410
ben.conway@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel St., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000/Fax: (213) 213-8001

Stuart Seaborn, SB # 198590
sseaborn@dralegal.org
Shira J. Tevah, SB # 307106
stevah@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor,
Berkeley, CA 94704
Telephone: (510) 665-8644/Fax: (510) 665-8511

Robert Scott Dreher, SB #120527
scott@dreherlawfirm.com
DREHER LAW FIRM
350 West Ash St., Ste. 101
San Diego, CA 92101
Telephone: (619) 230-8828
Patricia Syverson, SB # 203111
psyverson@bffb.com

Case No. 3:17-CV-02324-AJB-DEB

1  BONNETT FAIRBOURN FRIEDMAN & BALINT PC
   600 West Broadway, #900
2  San Diego, CA 92101
3  Telephone: (619) 798-4292/Fax:  (602) 274-1199

4
   Manfred P. Muecke, SB # 222893
5  mmuecke@manfredapc.com
   MANFRED, APC
6  1350 Columbia Street, Suite 603
7  San Diego, CA 92101
   Telephone:  (619) 550-4005
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## I.      Status of the Case

Plaintiffs filed their complaint on November 16, 2017, alleging that certain City ordinances, namely the Vehicle Habitation Ordinance ("VHO" at SD Muni. Code § 86.0137(f)) and the Oversized Vehicle Ordinance ("OVO" at SD Muni. Code § 86.0139(a)) are unconstitutional, discriminatory, and violate Plaintiffs' rights.  Before the City answered, Plaintiffs filed the First Amended Complaint on February 14, 2018, largely amending to drop the City's officials as Named Defendants.  Plaintiffs also filed for a preliminary injunction to enjoin the City from enforcing the then-existing VHO (the "Original VHO") on April 30, 2018.

On August 20, 2018, Judge Battaglia granted in part Plaintiffs' preliminary injunction motion and enjoined the City from enforcing the Original VHO on vagueness grounds.  *See* ECF No. 44.  The City repealed the Original VHO on February 5, 2019, and three months later enacted a replacement VHO ("New VHO") on May 14, 2019.  *See* Wilpert Decl., ECF No. 103-1, ¶ 2.

From March 2019 through the end of August 2019, the parties were engaged in active settlement negotiations, including participating in three settlement conferences with Judge Berg.  In light of ongoing settlement discussions, the Court stayed all discovery for 90 days—a stay that remained in effect until the Court conducted a Case Management Conference on September 13, 2019.  There, the Court set new deadlines regarding class certification.  *See* ECF Nos. 69, 85, 88.

On November 18, 2019, Plaintiffs filed their Motion for Leave to File a Second Amended Complaint ("SAC"), primarily to add the New VHO.  ECF No. 93.  Plaintiffs filed their Motion for Class Certification on January 21, 2020.  ECF No. 109.  On April 22, 2020, the Court granted Plaintiffs' motion to file a SAC and denied without prejudice as moot Plaintiffs' motion for class certification.  ECF No. 133.  Plaintiffs filed their SAC on May 1, 2020 (ECF No. 137, and the City answered on May 22, 2020 (ECF No. 142), making factual denials and asserting affirmative defenses.

1

Plaintiffs' SAC includes claims for violation of: (a) Plaintiffs' substantive due process rights because the Original VHO and New VHO are unconstitutionally vague; (b) Plaintiffs' rights to be secure from unreasonable seizures because the City tows and impounds vehicles used as shelter without a warrant and without any public safety or urgent traffic control purpose; (c) Plaintiffs' Fourteenth Amendment rights to procedural due process including notice and right to be heard prior to towing and impoundment of vehicles; (d) Plaintiffs' Fourteenth Amendment rights to be free from cruel and unusual punishment; (e) Plaintiffs' rights to be free from excessive fines; (f) Plaintiffs' rights to substantive due process (state created danger) based on the City's practice of impounding vehicles used as shelter and forcing Plaintiffs into unsheltered homelessness; (g) Plaintiffs' rights to travel and equal protection of the laws; (h) Plaintiffs' rights to freely associate under the First and Fourteenth Amendments; (i) Plaintiffs' corresponding rights under the California Constitution; (j) the Bane Act Civil Code § 52 for interference with Plaintiffs' exercise of its rights by threat, intimidation and coercion; and (k) the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12132 and Section 504 of the Rehabilitation Act, 29 U.S.C. §794 for failing to make reasonable modifications to facially neutral policies that disproportionately burden people with disabilities and utilizing eligibility criteria to screen out individuals with disabilities from the City's programs. The SAC seeks declaratory and injunctive relief ending enforcement of the New VHO, the OVO, and the impoundment of Plaintiffs' vehicles for unpaid tickets, including those resulting from enforcement of the Original VHO; restitution for fines and penalties collected and vehicles impounded, including under the Original VHO; damages for Named Plaintiffs, and reasonable attorneys' fees and costs from this suit.

On December 21, 2020, Plaintiffs filed their Renewed Motion for Class Certification. ECF No. 157. The Court heard argument on May 6, 2021, and on June 8, 2021 granted in part Plaintiffs' motion, certifying a Fed. R. Civ. Pro. 23(b)(2) class of plaintiffs defined as follows:

> All persons in the City of San Diego who used, use, or will use an RV or other vehicle as their only form of shelter, anywhere, at any time, after November 15, 2017.

ECF No. 180 at 25:24.

On May 20, 2021 the parties participated in private mediation through ADR Services.  The Honorable Carla M. Woehrle (Ret.) presided over the all-day virtual mediation session.  The parties were unable to come to resolution on any issue. Plaintiffs and Defendant remain open to settlement, but have no further mediations sessions or discussions planned at this time.

The parties have met and conferred regarding this Joint Case Management Statement and a proposed case schedule.  The parties jointly submit the following proposed case schedule that Plaintiffs and the City are willing to agree to, subject to the Court's approval:

- Close of Fact Discovery: **December 17, 2021**
- Designation of Experts and Disclosure of Expert Reports: **January 21, 2022**
- Any Rebuttal Reports: **February 18, 2022**
- Close of Expert Discovery: **March 18, 2022**
- Deadline for Dispositive Motions: **April 22, 2022**
- Pretrial Conference:  At the Court's discretion, Week of **May 23, 2022**.

II.     **What Further Discovery is Needed**

A.     **Plaintiffs' Intentions Regarding Discovery**

Plaintiffs do not anticipate needing extensive additional discovery.  Plaintiffs seek supplemental and updated productions and interrogatory responses from the City to Plaintiffs' already served discovery requests regarding the New VHO and OVO, and the Original VHO to the extent not already produced.  Plaintiffs have already served on the City requests for production of documents regarding "safe lots," shelter options, and COVID-19 related policies.  Plaintiffs will be serving requests regarding similar topics on additional third parties in the coming weeks.  Plaintiffs anticipate at least some limited deposition testimony from these third parties regarding shelters, homelessness,

Case No. 3:17-CV-02324-AJB-DEB

permanent housing, and "safe lot" operations.  Plaintiffs will endeavor to complete this discovery by November 2021.[1]

Plaintiffs understand the City may seek second depositions of the Named Plaintiffs.  To the extent the City seeks further testimony on topics other than the New VHO, Plaintiffs reserve their right to object to second depositions of Named Plaintiffs. And Plaintiffs intend to provide the City supplemental information regarding the SAC's claims through responses to the City's written discovery requests, in an effort to avoid the expense and burden related to any second depositions of Named Plaintiffs.

**B.      The City's Intentions Regarding Discovery**

Defendant City of San Diego (the City) will finalize its discovery into the new claims alleged in the Second Amended Complaint (Doc. No. 137). The City will participate in any third party discovery conducted by Plaintiffs. The City reserves the right to take second volumes of the depositions of the named plaintiffs regarding those new claims (although the City intends to first determine whether the information can be satisfactorily obtained via the above-referenced written discovery). The City acknowledges that the Plaintiffs have asserted their intention to object to  second depositions of any named plaintiff. The City expects that the Plaintiffs will supplement and update prior productions and interrogatory responses to previously served discovery. The City will conduct full fact and expert discovery, reserving the right to use every permissible discovery modality, before the fact and expert discovery cut-off dates. The City reserves the right to object to any discovery sought by Plaintiffs that violates the spirit or letter of the Court's findings in its Order granting Plaintiffs' motion for leave to file a second amended complaint, including that found at page 6, line 21-24 of the Order: "Plaintiffs are reminded that leave to amend to add allegations relevant to the New VHO is not an invitation for Plaintiffs to bootstrap new allegations to claims that are only relevant to the Original VHO. The door has closed on Plaintiffs'

---

[1] All proposed dates are dependent on the parties' availability and cooperation, and also on potential impacts from the ongoing COVID-19 pandemic.

Case No. 3:17-CV-02324-AJB-DEB

opportunity to develop their theory of the case as to the Original VHO." (Doc. No. 133.) In making this statement of discovery intentions, the City is not waiving its right to object to Plaintiff's anticipated discovery, or to add to its own discovery plan, as factual and legal theories are discovered or revealed in the course of the litigation.

## III.   Settlement Negotiations

As noted above, from March 2019 through the end of August 2019, the parties were engaged in active settlement negotiations, including participating in three settlement conferences with Judge Berg.  Most recently, on May 20, 2021 the parties participated in an all-day, virtual, private mediation session through ADR Services with Hon. Carla M. Woehrle (Ret.) presiding.  The parties have been as yet unable to reach any agreement regarding settlement, but Plaintiffs and Defendant remain open to further discussions as the case progresses.

## IV.   Dispositive Motions

The parties have included in the proposed schedule a deadline for filing dispositive motions:  **April 22, 2022**. The parties intend this deadline to include both *Daubert* motions and motions for summary judgment.

Dated:  July 9, 2021          FISH & RICHARDSON P.C.

By:  */s/ Madelyn S. McCormick*

Michael A. Amon, SB # 226221
Amon@fr.com
Madelyn S. McCormick, SB # 320063
MMcCormick@fr.com
FISH & RICHARDSON P.C.
12860 El Camino Real, Suite 400
San Diego, CA 92130
Telephone: (858) 678-5070
Fax: (858) 678-5099

Case No. 3:17-CV-02324-AJB-DEB

Maria Foscarinis, DC SB # 397792
(Admitted *Pro Hac Vice*)
mfoscarinis@nlchp.org
NATIONAL LAW CENTER ON
HOMELESSNESS AND POVERTY
2000 M Street, NW, Suite 210
Washington, DC 20036
Telephone: (202) 638-2835 x 102
Fax: (202) 628-2737

Ann E. Menasche, SB # 74774
Ann.menasche@disabilityrightsca.org
Lili Graham, SB # 284264
Lili.Graham@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
530 B Street, Suite 400
San Diego, CA  92101
Telephone:  (619) 814-8524
Fax: (619) 239-7906

Benjamin Conway, SB # 246410
ben.conway@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel St., Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000
Fax: (213) 213-8001

Stuart Seaborn, SB # 198590
sseaborn@dralegal.org
Shira J. Tevah, SB # 307106
stevah@dralegal.org
DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor,
Berkeley, CA 94704
Telephone: (510) 665-8644
Fax: (510) 665-8511

Robert Scott Dreher, SB # 120527
scott@dreherlawfirm.com
DREHER LAW FIRM

Case No. 3:17-CV-02324-AJB-DEB

350 W. Ash, Ste. 101
San Diego, CA 92101
Telephone: (619) 230-8828

Patricia Syverson, SB # 203111
psyverson@bffb.com
BONNETT FAIRBOURN FRIEDMAN &
BALINT PC
600 West Broadway, #900
San Diego, CA 92101
Telephone: (619) 798-4292
Fax:  (602) 274-1199

Manfred P. Muecke, SB # 222893
mmuecke@manfredapc.com
MANFRED, APC
1350 Columbia Street, Suite 603
San Diego, CA 92101
Telephone:  (619) 550-4005

**ATTORNEYS FOR PLAINTIFFS**

Dated:  July 9, 2021          **CITY OF SAN DIEGO**

By:  */s/ Lilys D. McCoy*

Lilys D. McCoy, SB # 156918
LMcCoy@sandiego.gov
CITY OF SAN DIEGO
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, CA 92102-4100
Telephone: (619) 533-5800
Fax: (619) 533-5856

**ATTORNEYS FOR DEFENDANT**

Case No. 3:17-CV-02324-AJB-DEB

1

## <u>CERTIFICATE OF SERVICE</u>

2

3

4

5

6

7

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on July 9, 2021, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civil Local Rule 5.4.  Any other counsel of record will be served by U.S. mail, facsimile and/or overnight delivery.

8

9

By:  */s/ Madelyn S. McCormick*
            Madelyn S. McCormick

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1                     Case No. 3:17-CV-02324-AJB-DEB