Ann E. Menasche, SBN 74774
Ann.menasche@disabilityrightsca.org
Lili Graham, SBN 284264
Lili.Graham@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
530 B Street, Suite 400
San Diego, CA 92101
Telephone: (619) 239-7861/Fax: (619) 239-7906

Ben Conway, SBN 246410
Ben.conway@disabilityrightsca.org
DISABILITY RIGHTS CALIFORNIA
350 S. Bixel Street, Suite 290
Los Angeles, CA 90017
Telephone: (213) 213-8000/Fax: (213) 213-8001

*[Additional counsel listed on following page]*

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BLOOM, STEPHEN CHATZKY, TONY DIAZ, VALERIE GRISCHY, PENNY HELMS, BENJAMIN HERNANDEZ, DOUG HIGGINS, SUZONNE KEITH, GERALD STARK, ANNA STARK, and DAVID WILSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SAN DIEGO,<br><br>Defendants. | Case No.: 3:17-cv-02324-AJB-MSB<br><br>**CLASS ACTION**<br><br>**NOTICE OF MOTION AND MOTION FOR SUBSTITUTION OF DECEASED PARTY AND REQUEST FOR APPOINTMENT OF SPECIAL ADMINISTRATOR OF ESTATE**<br><br>Hearing Date: September 9, 2021<br>Time: 2:00pm<br>Judge: Hon. Anthony J. Battaglia |

1 | Maria Foscarinis, DC SB # 397792 (Admitted *Pro Hac Vice*)
mfoscarinis@nlchp.org
2 | NATIONAL LAW CENTER ON HOMELESSNESS AND POVERTY
2000 M Street, NW, Suite 210
3 | Washington, DC 20036
4 | Telephone: (202) 638-2835 x 102/Fax: (202) 628-2737

5 | Stuart Seaborn, SB # 198590
sseaborn@dralegal.org
6 | DISABILITY RIGHTS ADVOCATES
2001 Center Street, 4th Floor,
7 | Berkeley, CA 94704
Telephone: (510) 665-8644/Fax: (510) 665-8511

8 | Michael A. Amon, SB # 226221
9 | Amon@fr.com
Madelyn S. McCormick, SB # 320063
10 | MMcCormick@fr.com
FISH & RICHARDSON P.C.
11 | 12860 El Camino Real, Ste. 400
San Diego, CA 92130
12 | Telephone: (858) 678-5070
Fax: (858) 678-5099
13

14 | Robert Scott Dreher, SB # 120527
scott@dreherlawfirm.com
15 | DREHER LAW FIRM
350 Ash Street, Ste. 101
16 | San Diego, CA 92101
Telephone: (619) 230-8828
17

18 | Patricia Syverson, SB # 203111
psyverson@bffb.com
19 | BONNETT FAIRBOURN FRIEDMAN & BALINT PC
600 West Broadway, #900
20 | San Diego, CA 92101
Telephone: (619) 798-4292/Fax: (602) 274-1199 ///

21 | Manfred P. Muecke, SB # 222893
22 | mmuecke@manfredapc.com
MANFRED, APC
23 | 1350 Columbia Street, Suite 603
San Diego, CA 92101
24 | Telephone: (619) 550-4005

**TO DEFENDANT CITY OF SAN DIEGO AND ITS ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on September 9, 2021 at 2:00pm or as soon thereafter as the matter may be heard, Plaintiffs will and hereby do respectfully move this Court for an Order to Substitute for the deceased Party, Michael Bloom, his brother, William Bloom who be appointed to serve as special administrator of Michael Bloom's estate for purposes of this litigation.

This Motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points sand Authorities; and the attached declarations of Ann E. Menasche and William Bloom.

Dated:                                                          Respectfully submitted,


                                                            By:   /s/Ann E. Menasche
                                                                  Ann Menasche
                                                                  DISABILITY RIGHTS CALIFORNIA

                                                                  Attorney for Plaintiffs