

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michael Bloom; et al | Civil Action No. 17-cv-2324-AJB-DEB |
| **Plaintiff,** | |
| V. | |
| City of San Diego; et al | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court Grants Plaintiffs' Motions for Final Approval of the Settlement and for Attorneys' Fees.

The Court also Orders:
(1) The claims of Plaintiffs and Class Members are hereby released as against Defendant consistent with Paragraph 12 of the Settlement Agreement;
(2) The City pay $15,000 in monetary damages to each of the nine current Named Plaintiffs, and $7,500 to each of the seven Class Representatives within thirty (30) days of this Order;
(3) Without affecting the finality of this Final Approval Order, the Court Retains Jurisdiction over implementation of the settlement for a period of three years, with enforcement delegated to Magistrate Judge Butcher;
(4) This action be Dismissed With Prejudice, with each side to bear its own costs and attorneys' fees except as provided by the Settlement Agreement and the Court's Orders;
(5) This document constitutes a Final Judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

The case is hereby closed.

| | |
|---|---|
| **Date:**  10/15/24 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By: s/ M. Quinata |
| | M. Quinata, Deputy |