HEATHER FERBERT, City Attorney
SARAH A. WIGDOR-ROBERTS, Assistant City Attorney
MICHELLE T. NEFF, Deputy City Attorney
California State Bar No. 250850
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendant, CITY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOOM, STEPHEN CHATZKY, TONY DIAZ, VALERIE GRISCHY, PENNY HELMS, BENJAMIN HERNANDEZ, DOUG HIGGINS, SUZONNE KEITH, GERALD STARK, ANNA STARK and DAVID WILSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendants. | Case No. 17cv2324 AJB DEB<br><br>**CITY OF SAN DIEGO'S STATUS REPORT OF THE MISSION VALLEY SAFE PARKING IMPROVEMENTS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Court Room: 4A<br>Magistrate Judge Daniel E. Butcher<br>Court Room: 2B<br><br>Date: October 30, 2026<br>Time: 2:00 p.m. |

## STATUS REPORT:

**1. The amounts expended for repaving offset $91,187.13 of the remaining $870,000 budget.**

The City is not seeking reimbursement for hillside stabilization as that would be general maintenance. The City is seeking an offset of $91,187.13 for the repaving because the improvement was necessary to make certain improvements listed in Paragraph 5 of the Settlement Agreement, including the City's proposed improvement of installing a mobile ADA shower trailer while limiting the number

of homeless individuals who would be removed from the program to make space for the improvement.

A true and correct copy of the cost of the repaving work performed by the City's Transportation department is attached to the declaration of Liz Dispenza as **Exhibit 1.** Ms. Dispenza had the estimate prepared and she managed this work order. According to Ms. Dispenza the cost of the improvement to the City was approximately $91,187.13.

The space needed for the placement of an ADA mobile shower is 55 feet near the back office as shown in the photo below. The mobile shower needs a: Shower trailer, 30 feet, Propane tank, 5 feet; Water tank, 10 feet; Generator, 5 feet; 3 Propane tank barricades, 4 feet; and sufficient safe spacing of the equipment to allow vendors to service the equipment, which includes daily pumping of the water tank, refueling the propane tank and the generator and the required 10-foot clearance on all sides of the shower trailer and propane tank from any other piece of equipment. A true and correct copy of the ADA mobile shower proposed work order is attached as **Exhibit 2** to the Declaration of Sarah Jarman.



The mobile ADA shower trailer improvement needs 55 feet of surface area and the repaving construction created over 55 feet of parking spaces for

participants, as shown in the screen shot below from the video titled Mission Valley Safe Parking Improvements 4-2026.




A true and correct copy of the video is attached as **Exhibit 7** to the Declaration of Liz Dispenza. Accordingly, the City asks this Court to offset the budget for the improvements at the Mission Valley Safe Parking lot in the amount of $91,187.13.

**2. The City proposes allocating the remaining budget to operate a mobile ADA shower trailer at the site for over one year until the budget in Paragraph 5 of the Settlement Agreement is exhausted.**

**A. The cost estimates show that the City cannot perform all the line-items in Paragraph 5 of the Settlement Agreement within the limited budget.**

In May 2025, the City's Engineering and Capital Projects Department provided a Base Bid line-item cost estimate for the competitive bidding process for the City to make the following improvements:

1. Asphalt pavement full-depth repair as-needed. Repaired surface to match existing to accommodate sheet flow drainage.

a. Total area of asphalt improvements not to exceed 50% of total parking lot area.

2. Widening and reconstruction of driveway entrance along Mission Village Drive to accommodate oversize vehicle traffic.
3. Replacement of the existing entrance gate.
    a. If electrical supply is provided as part of the parking lot lighting item listed below and funding allows, the new gate is to be electric.
4. Parking lot lighting to cover entire lot area. Minimum lighting required to meet safety needs.
    a. Lighting work to include installation of SDG&E meter connection.

Attached to the Declaration of Sarah Jarman is a true and correct copy of City's Engineering and Capital Projects (ECP) internal cost estimate attached as **Exhibit 3-A** and the ECP Base Bid spreadsheet attached as **Exhibit 3-B**. The Base Bid was to complete the "demolition and expansion of existing access gate to broaden egress & ingress" and "to provide adequate lighting at the site," and it had a base bid cost of $870,584.82.

Counsel for the City stopped the bidding process as it would have caused an expenditure close to the entire $900,000 budget for two improvements, a new accessible entrance gate and site pedestal lighting. Instead, the City was able to make the improvement at the entrance gate through a grant from Cal OES at a cost of $30,000. A true and correct copy of the work order for the front gate improvement is attached to the Declaration of Sarah Jarman at **Exhibit 4.**

The City then proposed that the parties conduct a survey where the participants of the Mission Valley Safe Parking program could give their input about what improvements the City should prioritize. The attorneys for Plaintiffs drafted the survey and it was distributed by the parties at a site inspection. The results from the survey are attached as **Exhibit 5** attached to the Declaration of Michelle Neff. The results show that shade, a power source, and showers were prioritized by most of the participants. Additionally, homeless individuals residing in their vehicles noted that their needs were not considered in the Settlement

Agreement, which unfortunately was true. There have been no demands to have these homeless class members removed from the Mission Valley 24-hour Safe Parking Program, so their priorities should be considered, which includes the following:

Cars Need Proper Shade

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

4) Electrical power hookups for up to forty RV sites  why not whole lot? Why only RV's?

People in cars need it too!

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) X Not important -go

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

to the Beach!

RV's Already have generators!
Cars need more support!

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) X very important; c) ___ Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___ very important; c) ___ Important; d) ___ Not important

NAME OR SPACE NO. #70 Cone [signature]

People need shade!
RV's have shelter
People need power
RV's have options for
generators and are placed
by the common area!
Many people do not have access
to showers due to finances.
Common Sense answers!
Wider area of Internet would be nice!!

Based on the survey, the City obtained cost estimates for individual pop-up shades, individual solar panels and generators, and a mobile ADA shower trailer. The site needed additional space for the placement of the mobile ADA shower trailer otherwise multiple participants would need to be removed from the program. The City completed the above repaving work, but then Plaintiffs disputed the

necessity of the repaving work and demanded the City make all of the line-item improvements in Paragraph 5 of the Settlement Agreement within the reduced $870,000 budget. Plaintiffs further contend that the City's Base Bid of $870,584.82 cost for improving the front entrance and installing additional 25 pole lights was too high.

Plaintiffs, however, have not provided any evidence showing that the City's Base Bid is unreasonable for the proposed work. To assist the Plaintiffs with their ability to provide a cost estimate for all the improvements, the City provided Plaintiffs' alleged construction expert access to the Mission Valley Safe Parking Lot for an inspection. Their expert was a landscape architect, and it appeared that he did not conduct an inspection. Instead, at the inspection, he demanded that the City provide him with a topographical map in addition to other documents with subterranean information. Thereafter, the City provided the attorneys for Plaintiffs, the As Builts of the plumbing, in addition to information about how to issue a subpoena to SDG&E for their electrical As Builts. To date Plaintiffs have not provided any cost estimates and continue to make new demands that the City provide additional cost estimates.

At the status conference on September 18, 2026, attorney for Plaintiffs' Ann Menasche made a new baseless demand that the City needs to provide a cost estimate to install a second exit to the Fire Station's parking lot, when there is an existing exit that can be used. This unnecessary demand for the City to provide another cost estimate is evidence that Plaintiffs' attorneys are seeking to delay the City's ability to make improvements to Mission Valley Safe Parking within the remaining budget under Paragraph 5 under the Settlement Agreement.

The City has provided more than enough information for the Court to order the City to make the final improvement of installing and operating a mobile ADA shower trailer for over a year and until the budget is expended. The City provided

extensive cost estimates for the improvements as summarized below and there is no credible evidence to dispute these estimates:

Water Services

The City obtained a quote for a single 2" water line installation for $51,267.49, with a monthly meter base fee of $174.02, which would provide common area access to running water. City also provided a line-item cost from the Public Utilities Department FY26 of a Main Replacement Cost, which is for a wastewater line at a cost of $216,139. This is required if the City installed a single 2" water line in the common area.

Electrical Power

SDG&E requires the City to hire an energy consultant.

The City provided a 2024 quote for establishing a dedicated SDGE pedestal from a previous site. The dedicated SDG&E pedestal quote at the previous location was $317,000 with a construction time estimate of 19-24 months.

The City obtained quotes for eighty-seven Ecoflow Delta 3 solar generators for each safe parking spot at a cost of $1,699 each of $1,699 x 87 $147,813 from Ecoflow. Nature's Generator of 3600W Power is $949.99 x 87 = $82,649.13; Percon's PECRON E3600LFP Solar Generator Kit 3600W 3072Wh is $849.20 x 87 = $73,880.4; Jackery's Home Power 3600 Plus + Sola8r1S0a1g8a2 520401 0X12 86 $1,999 $171,914; and Shop Solar's Delta Pro 120V Solar Kits are $1,699 x 86 = $146,114; Loews' solar station is $645.90 x 86 $55,547.

Access Gate

The Base Bid line-items for the resurfacing work has an estimated cost of around half of the total cost of approximately $400,000. The work was completed through a no-bid grant for about $30,000.

There is an available additional exit in case of fire or other emergency that is controlled by Fire Station 45.

Site Lighting

The Base Bid line-items for the installation of 25 Pole Lights has an estimated cost over half of the total cost of approximately $470,000. The City also provided a quote for purchasing four (4) solar lights for $32,000 plus approximately $4,800 for the footings, which may require digging. The City can also rent four solar lights at a cost of $4,780 per month, which would have an annual cost of $57,360 per year.

Proposed pump-out station for RV's containing sewer

The City has a free pump-out station in Mission Bay at 2540 E Mission Bay Dr., San Diego, CA 92109, which is eight (8) miles from Mission Valley Safe Parking. The participants in the Safe Parking program must have an operational vehicle to participate in the program and are able to access the free pump-out station.

There are no City records of what it cost to build the City's free pump-out station. Additionally, there are no billing records from General Services about the cost to maintain the pump-out station. The City would have to obtain a Base Bid for the construction of a pump-out station, but it would only be a small cost-savings and would only benefit some of the participants at Mission Valley Safe Parking.

Sanitation & Sewer services

The City's has a cost estimate for a single shower trailer with an ADA stall that has a monthly cost of: $7,098.23 plus daily pumping, which is typical, at $1,400 a day, which would be around $42,000 as a monthly pumping cost. The total cost would be $85,178.76 + $511,000 = $596,178.76 per year. A true and correct copy of the ADA mobile shower trailer rental and maintenance costs is attached to the Declaration of Sarah Jarman as **Exhibit 6.**

The lowest cost reference for constructing four (4) bathrooms with flush toilets and shower stalls, which is referred to as a comfort station, is $2,482,289.33 found in the previously produced exhibit of the comfort station costs. This is the

final construction cost of larger comfort station at Hospitality Point Park. The time to construct a comfort station at the Mission Valley site would be prohibitive in addition to the cost.

Shade

The City obtained a quote from Home Depot for 8' x 8' straight leg instant canopy pop up tent for $109.00 ea - $109 x 86 = $9,116 plus tax; a quote from Lowes for 8'x8' canopy with 4 weight bags (item # 7032809) $74.99 ea - $74.99 x 86 = $6,449.14 plus tax; Walmart for Specstar 8'x8' Portable Center lock pop up canopy with 4 sandbags $71.99 ea; $71.99 x 86 = $6,191.14 plus tax; Target for 8'x8' easy set pop up canopy with 1 button setup, and 4 weight bags. UPC: 197867540326 $79.99 each, $79.99 x 86 = $6,879.14 plus tax; and Amazon for 8'x8' pop up canopy tent, with 4 weight bags $79.99 each; $79.99 x 86=$6,879.14 plus tax.

For the above reasons and those considered by the Court, the City respectfully requests that the Court grant the City's proposal for allocating the remaining budget to operate a mobile ADA shower trailer at the site for over one year until the budget in Paragraph 5 of the Settlement Agreement is exhausted.

Dated: October 23, 2026

HEATHER FERBERT, City Attorney

By ______________________
Michelle T. Neff
Lead Deputy City Attorney

Attorneys for Defendant City of San Diego