HEATHER FERBERT, City Attorney
SARAH A. WIGDOR-ROBERTS, Assistant City Attorney
MICHELLE T. NEFF, Deputy City Attorney
California State Bar No. 250850
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendant, CITY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOOM, STEPHEN CHATZKY, TONY DIAZ, VALERIE GRISCHY, PENNY HELMS, BENJAMIN HERNANDEZ, DOUG HIGGINS, SUZONNE KEITH, GERALD STARK, ANNA STARK and DAVID WILSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendants. | Case No. 17cv2324 AJB DEB<br><br>**DECLARATION OF MICHELLE T. NEFF IN SUPPORT OF DEFENDANT CITY OF SAN DIEGO'S STATUS REPORT OF MISSION VALLEY SAFE PARKING IMPROVMENTS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Court Room: 4A<br>Magistrate Judge Daniel E. Butcher<br>Court Room: 2B<br><br>Date: October 30, 2026<br>Time: 2:030 p.m. |

I, Michelle T. Neff, declare as follows:

1. I am an attorney duly licensed to practice law in the State of California, and I am an attorney of record for Defendant City of San Diego.

2. I am thoroughly familiar with the facts and representations in this Declaration. If called upon as a witness, I could and would testify as to the matters set forth below.

3. True and correct copies of the survey results of the questionnaires distributed and collected from the participants at Mission Valley Safe Parking are attached as **Exhibit 5.**

4. At the status conference on September 18, 2026, attorney for Plaintiffs' Ann Menasche made a new baseless demand that the City needs to provide a cost estimate to install a second exit to the Fire Station's parking lot, when there is an existing exit that can be used. This is an available additional exit in case of fire or other emergency that is controlled by Fire Station 45.

5. The City obtained a quote for a single 2" water line installation for $51,267.49, with a monthly meter base fee of $174.02, which would provide common area access to running water. City also provided a line-item cost from the Public Utilities Department FY26 of a Main Replacement Cost, which is for a wastewater line at a cost of $216,139. This is required if the City installed a single 2" water line in the common area.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2026, in San Diego, California.

Michelle T. Neff

# Exhibit 5

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Lola Cheatham

Logan Cheatham

Maybel Alexander

Winny Alexander

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office only very important if it allows us to come and go without gate hours

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

XX 2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) ___Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

NAME OR SPACE NO: Amy Sawyer 36

I want to say that I feel very honored to have been allowed to utilize this program.

Matthew - case manager is Fabulous.

Julián is an awesome manager!

Annise is very professional.

Ruby i'm still getting to know.

Anyways, thank you for making a difference for me.

[signature]

Cars Need Proper Shade

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

4) Electrical power hookups for up to forty RV sites why not whole lot? why only RV's?

People in cars need it too!

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) X Not important → go

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

to the Beach!

→ RV's Already have generators!
Cars need more support!

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. #70 Done RS

People need shade!
RV's have shelter
People need power
RV's have options for
generators and are placed
by the common area!
Many people do not have access
to showers due to finances.
Common Sense answers!
Wider area of Internet would be nice!!

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ✓ Essential; b) ___very important; c) __Important; d) ✗ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. 21

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

25 is excessive

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

The emphasis and inequity from this survey is RV's are important & need more amenities. NOPE.

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Rion H. Provus #4

Nice but just better maint. & service of current stalls should be feasible and would be far greater than fancier things that still get destroyed

8 My Van IS my R.V. (as it identifies) So why am I not afforded all the same considerations of the Travel R.V.'s. It should be noted the D.O.T. & D.M.V. does recognize "Camper Van's" as mobile dwellings. So shouldn't J.F.S. S.P.P. do so as Well?

# SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) ✓Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) ✓Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. [signature]

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important PET SAFE!

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites IF IT WILL MAKE IT QUIETER BECAUSE GENERATORS NOT RUNNING

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site IF THEY CAN TURN OFF THE GENERATORS FOR THE LIGHTS, THAT WOULD BE VERY GOOD (NOISE)

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. ____________________________________________

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

NAME OR SPACE NO. Victor Juarez - S-43

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) _X_Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. MARY VAN VLECK OF

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c) ✓Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. [signature]

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. David Gonzalez #37

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. 60 [signature]

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Derrick Nichols

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Juan deloya Abarca

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) _ψ_ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) _φ_very important; c) __Important; d) ___ Not important

~~3)~~ Water hookups for up to forty RV parking sites DNC

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

~~4)~~ Electrical power hookups for up to forty RV sites DNC

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) _9_Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) _ρ_very important; c) __Important; d) ___ Not important

~~7)~~ Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site DNC

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

~~8)~~ Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out) DNC

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) _X_ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) _X_ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Space 3

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress Security and signage impeads Firetruck access

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) _√_ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) _√_ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Xavier Samaniego #77

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

NAME OR SPACE NO. 50

# SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) _✓_Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) _✓_Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Eric Dalrymple #61

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) _✓_ Not important

4) Electrical power hookups for up to forty RV sites

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) _✓_ Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) _✓_ very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Shalacy Manderson #2

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office ✓

a) ✓ Essential; b) ✓ very important; c) ✓ Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Antonio Poluzo : #48

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. ______56______

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

A.T. a) ~~✓~~ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

yes A.T. (a)) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Alfred T. o Space-Hunknown

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) ✓ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) ✓ Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. [signature] ________________

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Cassandra Cullin

named in the settlement

→ doesn't the settlement indicate ALL of these MUST be done?

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

I get that homeless (us) are not a budget priority but unfortunately for them and JFS it needs to be because it's mandatory

10 1) Entry/Exit Ramp into office

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

9 2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

5 3) Water hookups for up to forty RV parking sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

4 4) Electrical power hookups for up to forty RV sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

7 5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

6 or #1 6) Construction of additional exit for use in case of fire or another emergency (wow)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

8 7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

3 8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

(Doesn't this have to happen for #9 to happen) - I'm not sure

How is there a choice all of a sudden? I did not receive any paperwork stating there has been an addendum to the settlement(?)

(2) 9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

(1) 10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Lisa Honey #19

I would like to see the paperwork stating there is an addendum to the settlement because the law has nothing to do with our opinion.
Are you asking what the priority should be and in which order things we would like to be finished first & so on? that is a completely different "survey".
Because Every single one of the essential safety & habitable/accessible improvements are essential or else we wouldn't have won the case.
Please clarify what you're asking because if you're asking over the next 2½ yrs. (JFS your deadline to finish these improvements) which ones we would like to see finished 1st, 2nd & so on, please revise the wording so it's not confusing.
You're saying some of our improvements may not be accomplished at all, which isn't legal.

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ✓very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) ✓Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ✓very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ✓Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) ✓Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ✓very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. #23 [signature]

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) _✓_Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c)_✓_Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c)_✓_Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) _✓_Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c)_✓_Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) _✓_Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c)_✓_Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. 24

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) X very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

CAN NOT BE HARMFULL TO PETS! CATS DOGS

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

6) Construction of additional exit for use in case of fire or another emergency

FOR PEOPLE!! NOT CARS or RVS

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site NEED MORE DETAILS

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out) NEED MORE DETAILS

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Jon Zyzych

A PERSON WALKING / WHEEL CHAIR / WALKER / OTHER MOBILITY DEVICES OPEN DURING REGULAR "OPEN HOURS" WOULD MAKE LOCAL STORES MUCH MORE ACCESSIBLE WITHOUT NEED TO DRIVE

COSTCO
IKEA
Mc DONALDS
LOWE'S
SAN DIEGO LIBRARY
FENTON TROLLEY STATION
GNC
AND ALL THE OTHER STORES IN THAT LOCATION

THIS WOULD AVOID HAVING TO WALK PAST COMMUNITY / OFFICE ON FRIARS ROAD EAST BOUND FROM COSTCO / TROLLEY MALL TO THE LIGHT, ~~UP~~ WALK UP THE HILL WALK UP THE HILL TURN UP THE HILL GATE, THEN WALK TO THE JFS THIS IMPACTS PEOPLE DOWN HILL, THIS WALKING ISSUES WITH SUCH AS NEUROPATHY SHIN SPLINTS ARTHRITIS ETC

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) X Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

They are ruining my House!!!

3) Water hookups for up to forty RV parking sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

an entrance/exit near the fire station would be good

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Andrea 41

an area for pickup/drop off or "visitor" parking for friends. picking people up or loading/unloading things

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. [signature]

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ✓ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Teddy Morris Sr.

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) X very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. 15

# SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. María Herha

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) X Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) X Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Penny Helms

## SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) _✓_ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. 25 Yvonne Martinez

# SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) _✓_very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) _✓_Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ✓ very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. 82

**SURVEY ON PRIORITIES FOR UPGRADES TO MISSION VALLEY SAFE LOT**

The City of San Diego and lawyers for the class of people who live in their vehicles as their only shelter are jointly asking for your opinions as residents of the Mission Valley Safe Lot on your priorities for upgrades that may be done to the Mission Valley Safe Lot. Because the budget is limited, the City is unlikely to be able to accomplish all these improvements.

Please go through each item and indicate by placing a check-mark on the line to the left of your answer whether each proposed upgrade is (a) Essential or necessary to make the lot safe, habitable and/or accessible to its residents; (b) very important though not absolutely essential; (c) Important though of less importance than other upgrades; (d) Not important or not a priority.

1) Entry/Exit Ramp into office

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

2) Regular effective removal of rodents, ants, cockroaches and other vermin from the lot

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

3) Water hookups for up to forty RV parking sites

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

4) Electrical power hookups for up to forty RV sites

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

5) Alteration/expansion of existing access gate to broaden space for ease of egress and ingress

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

6) Construction of additional exit for use in case of fire or another emergency

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

7) Expanded site light consisting of up to twenty-five new light posts and associated conduit to provide adequate lighting at the site

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

8) Pump-out station for RV sewage disposal, including potable water service for hose spigot (wash out)

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

9) Four bathrooms with flush toilets and shower stalls, including ADA accessible restroom and shower trailer and standard restroom trailer

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

10) Adequate shade structures and/or the planting of trees to mitigate excessive heat.

a) ___ Essential; b) ___very important; c) __Important; d) ___ Not important

NAME OR SPACE NO. Jessica NO. 16