HEATHER FERBERT, City Attorney
SARAH A. WIGDOR-ROBERTS, Assistant City Attorney
MICHELLE T. NEFF, Deputy City Attorney
California State Bar No. 250850
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendant, CITY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOOM, STEPHEN CHATZKY, TONY DIAZ, VALERIE GRISCHY, PENNY HELMS, BENJAMIN HERNANDEZ, DOUG HIGGINS, SUZONNE KEITH, GERALD STARK, ANNA STARK and DAVID WILSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendants. | Case No. 17cv2324 AJB DEB<br><br>**DECLARATION OF LIZ DISPENZA IN SUPPORT OF DEFENDANT CITY OF SAN DIEGO'S STATUS REPORT OF MISSION VALLEY SAFE PARKING IMPROVMENTS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Court Room: 4A<br>Magistrate Judge Daniel E. Butcher<br>Court Room: 2B<br><br>Date: October 30, 2026<br>Time: 2:030 p.m. |

I, Liz Dispenza, declare as follows:

1. I am the Assistant Deputy Director of the Transportation Department with the City of San Diego. I have been employed with the City of San Diego since 2013.

2. I am thoroughly familiar with the facts and representations in this Declaration. If called upon as a witness, I could and would testify as to the matters set forth below.

3. A true and correct copy of the estimated and more likely than not the final cost of the paving work performed by the City's Transportation department at the Mission Valley Safe Parking lot is attached as **Exhibit 1**

4. A true and correct copy of the video of the paving work performed by the City's Transportation department at the Mission Valley Safe Parking lot is attached as is attached as **Exhibit 7.**

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2026, in San Diego, California.

Liz Dispenza

# Exhibit 1

Ms. Dispenza Detailed Cost Estimate Spreadsheets
(Submitted to the court electronically)

# Exhibit 7

MV Safe Parking Improvements-Video
(Submitted to court on a USB drive)