HEATHER FERBERT, City Attorney
SARAH A. WIGDOR-ROBERTS, Assistant City Attorney
MICHELLE T. NEFF, Deputy City Attorney
California State Bar No. 250850
Office of the City Attorney
1200 Third Avenue, Suite 1100
San Diego, California 92101-4100
Telephone: (619) 533-5800
Facsimile: (619) 533-5856

Attorneys for Defendant, CITY OF SAN DIEGO

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL BLOOM, STEPHEN CHATZKY, TONY DIAZ, VALERIE GRISCHY, PENNY HELMS, BENJAMIN HERNANDEZ, DOUG HIGGINS, SUZONNE KEITH, GERALD STARK, ANNA STARK and DAVID WILSON, individually and on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF SAN DIEGO,<br><br>Defendants. | Case No. 17cv2324 AJB DEB<br><br>**DECLARATION OF SARAH JARMAN IN SUPPORT OF DEFENDANT CITY OF SAN DIEGO'S STATUS REPORT OF MISSION VALLEY SAFE PARKING IMPROVMENTS**<br><br>Judge: Hon. Anthony J. Battaglia<br>Court Room: 4A<br>Magistrate Judge Daniel E. Butcher<br>Court Room: 2B<br><br>Date: October 30, 2026<br>Time: 2:030 p.m. |

I, Sarah Jarman, declare as follows:

1. I am the Director of the Homelessness Strategies and Solutions Department with the City of San Diego. I have been employed with the City of San Diego since 2016.

2. I am thoroughly familiar with the facts and representations in this Declaration. If called upon as a witness, I could and would testify as to the matters set forth below.

3. A true and correct copy of the proposed ADA mobile shower work order is attached as **Exhibit 2**

4. A true and correct copy of City's Engineering and Capital Projects (ECP) internal cost estimate is attached as **Exhibit 3-A.**

5. A true and correct copy of City's Engineering and Capital Projects (ECP) Base Bid line-item cost estimate for the competitive bidding process for the "demolition and expansion of existing access gate to broaden egress & ingress" and "to provide adequate lighting at the site" is attached as **Exhibit 3-B.**

6. A true and correct copy of the work order for the front gate improvement at Mission Valley Safe Parking is attached as **Exhibit 4.**

7. A true and correct copy of the ADA mobile shower rental and maintenance costs is attached as **Exhibit 6.**

8. I respectfully request that the Court grant the City's proposal to allocate the remaining budget to operate a mobile ADA shower trailer at Mission Valley Safe Parking for approximately one year until the budget in Paragraph 5 of the Settlement Agreement is exhausted. The mobile ADA shower trailer can be placed on the site in less than thirty days.

9. The placement of the mobile ADA shower will cause the City to remove approximately eight (8) homeless households residing in RVs from the Mission Valley Safe Parking 24-hour program.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 23, 2026, in San Diego, California.

*Sarah Jarman*

Sarah Jarman

# Exhibit 2

**From:** Lowther, John
**To:** Neff, Michelle
**Cc:** Jarman, Sarah; Keach, Katie
**Subject:** MV Shower Trailer
**Date:** Thursday, September 10, 2026 3:41:33 PM
**Attachments:** image001.png

Hello Michelle,

See image below. Orange box represents 8 parking stalls that would be utilized to accommodate an ada shower trailer. This area of the site is level, which is required for placement of a shower trailer. For reference, blue box is the participant communal area, green box is staff office trailer.
Equipment that would be in the orange box:

- Shower trailer, 30 feet
- Propane tank, 5 feet
- Water tank, 10 feet
- Generator, 5 feet
- Propane tank barricades (3), 4 feet

This totals 55 feet. Each parking stall is 14 feet wide. Then factor in sufficient safe spacing of the equipment to allow vendors to service the equipment (ie daily pumping of the water tank, refueling the propane tank and the generator) and the required 10-foot clearance on all sides of the shower trailer and propane tank from any other piece of equipment.




Thank you,

**John Lowther**
Program Coordinator
Homelessness Strategies & Solutions Department
C: (619) 613-0049

# Exhibit 3-A

| | |
|---|---|
| **From:** | Bose, Sheila |
| **To:** | Keach, Katie |
| **Subject:** | RE: Mission Valley Safe Parking proposal info |
| **Date:** | Thursday, May 1, 2025 8:03:58 AM |
| **Attachments:** | Cost Estimate_High-level DRAFT.xlsx<br>Mission Valley Safe Parking Improvements_CIPRAC.pdf<br>image001.png |

Good morning, Katie.

I have attached the internal ECP cost estimate and the CIPRAC project request. A few things to note are the limited quantity of asphalt included in the cost estimate and the assumption at project creation for the project to deliver what could be afforded within the project budget. This was created as a "scope to budget" project based on the funding source.

The discussion was that if HSSD and/or ECP project manager later recommended expanded asphalt resurfacing, this could be expanded, reducing funding available for items lower on the list. This is because the parking lot asphalt surfacing has been deteriorating with each rainy season.

Proposed Project Title:

Mission Valley Safe Parking Improvements

Proposed Scope:

This project provides for the design and construction of improvements to the existing parking lot located at the NW quadrant of Mission Village Drive and Friars Road.

Project will design and construct improvements to the parking lot in the prioritized order below, as can be afforded:

1. Asphalt pavement full-depth repair as-needed. Repaired surface to match existing to accommodate sheet flow drainage.
    a. Total area of asphalt improvements not to exceed 50% of total parking lot area.
2. Widening and reconstruction of driveway entrance along Mission Village Drive to accommodate oversize vehicle traffic.
3. Replacement of the existing entrance gate.
    a. If electrical supply is provided as part of the parking lot lighting item listed below and funding allows, the new gate is to be electric.
4. Parking lot lighting to cover entire lot area. Minimum lighting required to meet safety needs.
    a. Lighting work to include installation of SDG&E meter connection.

This action will be established as L-24002.3 under the Citywide Homeless Shelters project.

For ECP charges to this project, IO 21005310 was used before WBS S-24002.3 was established. Tonia Carnell manages the IOs and can confirm if she transferred charges from the IO to the WBS.

Please let me know if I can provide any additional information for you.

Thank you,

Sheila Bose, P.E.
Senior Civil Engineer
City of San Diego
Engineering & Capital Projects Department, Project Management Division

---

**From:** Keach, Katie <KKeach@sandiego.gov>
**Sent:** Wednesday, April 30, 2025 5:05 PM
**To:** Bose, Sheila <SBose@sandiego.gov>
**Subject:** Mission Valley Safe Parking proposal info

Good evening, Sheila,
I understand you may have the information the City Attorney is seeking. Did ECP have projected/proposed costs for the improvements to the Mission Valley Safe Parking Program lot? I joined the department in March and was aware of the proposed timeline for the work but not associated costs.

Also, have any costs for ECP been incurred on the project at this time?

If I should inquire elsewhere, please advise. Thank you!

Katie Keach
Deputy Director
Homelessness Strategies and Solutions Department
City of San Diego
619-847-8274

# Exhibit 3-B

Jarman - Copy of Cost Estimate Base Bid Spreadsheets
(Submitted to the court electronically)

# Exhibit 4


Note 3 –
Installation of 4' wide pedestrian gate. Including delineators to mark walking path to Mission Village Drive.
Installation of automated 24' wide sliding panel.
Installation of 28' of fixed panel fencing.
Installation of 7' wide gate for new lay down area.
Note 2 –
Push back entrance by 50'. This allows enough space for two Class-C RV's while being screened. Reduces risk of an accident on Mission Village Drive.
Note 1 –
Remove 12.5" of existing chain-link fencing and install new support post.
Pour 50sqf of concrete in existing landscape patch.
This will widen the approach from 23' to 35', allowing for a safer turn with oversized vehicle.
No impact to driveway access.


EXISTING
EXISTING
28'
24' SLIDER
7' W'
GATE
4'
GATE


New Starting Point
Note 1 –
Remove 12.5” of existing chain-link fencing and install new support post.
Pour 50sqf of concrete in existing landscape patch.
This will widen the approach from 23’ to 35’, allowing for a safer turn with oversized vehicle.
No impact to driveway access.
Fill in with concrete

Project Scope

**CHAIN-LINK SLIDE GATE & SOLAR POWERED GATE OPERATOR SYSTEM**

1. Furnish and install one (1) 24' x 5' chain-link slide gate on V-track across drive.
2. Furnish and install/pour concrete footing for mounting slide gate V-track across drive.
3. Furnish and install approximately 24' of 5' high chain-link fixed panel fencing to secure drive. Fixed panel fencing to be fabricated using standard size materials and include expanded metal mesh.
4. Furnish and install approximately 24' of 4' high chain-link protective fixed panel fencing for gate to slide open behind per UL-325 safety standards. Fixed panel fencing to be fabricated using standard size materials and include expanded metal mesh.
5. Furnish and install one (1) 4' x 5' chain-link pedestrian gate with heavy-duty, commercial rated, keyed twist outside lever lockset with inside exit crash bar and hydraulic closer.
6. Furnish and install one (1) Maximum Controls MAX 1700 FS Pro, 1.25 HP, high traffic, continuous duty, DC brushless, commercial slide gate operator with "built-in" battery backup. (5-Year Manufacturer Warranty)
7. Furnish and install one (1) Maximum Controls, MAX Solar Pack with 24-volt, 36-amp hour battery, 20A regulator, and 90-watt, 24-volt solar panel.
8. Furnish and install one (1) 10' long, 2" square steel tube for mounting solar panel.
9. Furnish and install/pour one (1) concrete platform for mounting slide gate operator.
10. Furnish and install two (2) inground vehicle detection/reverse loops in drive to help prevent accidental closure of slide gate on vehicles while in gate path.
11. Furnish and install one (1) inground automatic exit loop in drive to allow vehicles free egress.
12. Furnish and install two (2) EDI LMA-1800, loop detector modules. Hook-up and test loop detectors to inground gate loop sensors.
13. Furnish and install two (2) Seco-Larm Enforcer, reflective photo electric reversing beams to help prevent accidental closure of gate on vehicles or pedestrians while in gate path.
14. Furnish and install one (1) Fire Department knox switch for emergency vehicle access.
15. Furnish and install one (1) Tomar SSLC-1014, low current, emergency responder fire strobe assembly to allow emergency vehicle access.
16. Furnish and install one (1) Security Brands S-T24, stand-alone, 7-day programmable timer.
17. Furnish and install one (1) Linear MDKP, stand-alone, programmable, wireless keypad.
18. Furnish and install one (1) Linear GNB-1, gooseneck post for mounting keypad.
19. Furnish and install

# Exhibit 6

# Quote

**MD Commercial**
603 Seagaze Dr #718
Oceanside, CA 92054

md@mdcommercialcleaning.com
+3102421
www.mdcommercialcleaning.com

MD COMMERCIAL CLEANING

**Bill to**
HOMELESSNESS STRATEGIES & SOLUTIONS
(CITY OF SAN DIEGO)
202 C STREET, 8TH FLOOR
SAN DIEGO, CA 92101

**Ship to**
HOMELESSNESS STRATEGIES & SOLUTIONS
(CITY OF SAN DIEGO)
202 C STREET, 8TH FLOOR
SAN DIEGO, CA 92101

**Invoice details**
Invoice no.: SDH300
Terms: Net 30
Invoice date: 08/20/2026
Due date: 09/19/2026

Facility: SDH

| # | Date | Product or service | Description | Qty | Rate | Amount |
|---|---|---|---|---|---|---|
| 1. | | **Waste water removal service** | Pump services up to 1500 gallon | 1 | $1,400.00 | $1,400.00 |
| 2. | | **Shower Rentals 2** | 3-Stall Shower trailer w/ADA | 1 | $7,214.10 | $7,214.10 |
| 3. | | **Shower Rental 3** | Single Shower 1 ADA | 1 | $7,098.23 | $7,098.23 |

## Ways to pay

BANK

### Note to customer

"Thank you we appreciate your business."