**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL BLOOM, et al.,<br>Plaintiffs,<br>v.<br>CITY OF SAN DIEGO.<br>Defendant. | Case No.: 17cv2324-AJB-DEB<br><br>PROOF OF SERVICE |

I, the undersign, declare under penalty of perjury that I am over the age of eighteen years and not a party to this action; and that I served the individual/s below the following documents:

- CITY OF SAN DIEGO'S STATUS REPORT OF THE MISSION VALLEY SAFE PARKING IMPROVEMENTS
- DECLARATION OF MICHELLE T. NEFF IN SUPPORT OF DEFENDANT CITY OF SAN DIEGO'S STATUS REPORT OF MISSION VALLEY SAFE PARKING IMPROVMENTS
- DECLARATION OF LIZ DISPENZA IN SUPPORT OF DEFENDANT CITY OF SAN DIEGO'S STATUS REPORT OF MISSION VALLEY SAFE PARKING IMPROVMENTS
- DECLARATION OF SARAH JARMAN IN SUPPORT OF DEFENDANT CITY OF SAN DIEGO'S STATUS REPORT OF MISSION VALLEY SAFE PARKING IMPROVMENTS

in the following manner:

1) By personally serving the individual named by personally delivering the copies to the offices of the addressee.

Time of delivery: ____________ a.m./p.m.

2) By placing a copy in a sealed envelope addressed to Plaintiff at and placing it for collection and mailing with the United States Postal Service this same day, at my business address of 1200 Third Avenue, Suite 1100, San Diego, CA 92101, following ordinary business practices.

3) By electronic service, I served the above referenced documents by e-mail to Plaintiffs at the addresses listed below:

4) XX By electronic filing, I served each of the above referenced documents by E-filing, in accordance with the rules governing the electronic filing of documents in the United States District Court for the Southern District of California to:

BloometalService@fr.com

| | |
|---|---|
| Michael A. Amon, Esq.<br>Madelyn S. McCormick, Esq.<br>Fish & Richardson P.C.<br>12860 El Camino Real, Suite 400<br>San Diego, CA 92130<br>Amon@fr.com<br>mmccormick@fr.com<br><br>***Attorneys for Plaintiffs*** | Manfred P. Muecke, Esq.<br>Manfred, APC<br>600 West Broadway, Suite 700<br>San Diego, CA 92101<br>mmuecke@manfredapc.com<br><br>***Attorneys for Plaintiffs*** |
| Robert Scott Dreher, Esq.<br>Dreher Law Firm<br>350 Ash Street, Suite 101<br>San Diego, CA 92101<br>scott@dreherlawfirm.com<br><br>***Attorneys for Plaintiffs*** | Ann E. Menasche, Esq.<br>Law Office of Ann E. Menasche<br>1901 First Avenue, Suite 100<br>San Diego, CA 92101<br>ann@bulldogforjustice.com<br><br>***Attorneys for Plaintiffs*** |
| William Knight (*Pro Hac Vice*)<br>Alexandra Ania Matak (*Pro Hac Vice*)<br>National Homeless Law Center<br>2000 M. Street, NW, Suite 750-E<br>Washington, DC 20036<br>wknight@homelesslaw.org<br>amatak@homelesslaw.org<br><br>***Attorneys for Plaintiffs*** | Tristia Bauman<br>Law Foundation of Silicon Valley<br>4 North Second Street, Suite 1300<br>San Jose, CA 95113<br>Tristia.bauman@lawfoundation.org<br><br>***Attorneys for Plaintiffs*** |
| Anthony Christian Abasto<br>Melinda Bird<br>Disability Rights California<br>350 S. Bixel St. Suite 290<br>Los Angeles, CA 90017<br>Christian.abasto@disabilityrightsca.org<br>melinda.bird@disabilityrightsca.org<br><br>***Attorneys for Plaintiffs*** | Madeleine J. Reichman (*Pro Hac Vice*)<br>Disability Rights Advocates<br>655 Third Avenue, Suite 2619<br>New York, NY 10017<br>mreichman@dralegal.org<br><br>***Attorneys for Plaintiffs*** |
| Jameelah Najieb, Esq.<br>Disability Rights Advocate<br>2001 Center Street, Third Floor<br>Berkeley, CA 94704-1204<br>jnajieb@dralegal.org<br><br>***Attorneys for Plaintiffs*** | |

Executed: October 23, 2026, at San Diego, California.

*/s/ Chelsea Ferreira*
Chelsea Ferreira